884 A.2d 1260

COUNTY CONCRETE CORPORATION, J.C. SOIL & GRAVEL, LLC
AND JOHN C. CRIMI, PLAINTIFFS–PETITIONERS, v. TOWN-
SHIP OF ROXBURY, A MUNICIPAL CORPORATION OF THE
STATE OF NEW JERSEY, DEFENDANT–RESPONDENT.

October 7, 2005.

Denied.

884 A.2d 1260

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. R.M., DEFENDANT–PETITIONER.

October 7, 2005.

ORDERED that the petition for certification is granted, and the
matter is summarily remanded to the trial court for resentencing
in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).

884 A.2d 1260

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WARREN M. ALSTON, DEFENDANT–PETITIONER.

October 11, 2005.

ORDERED that the petition for certification is granted, and the
matter is summarily remanded to the trial court for resentencing
in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).